[No. 34715-2-I.   Division One.   December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO MOLINA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00461-8, Anthony P. Wartnik, J., entered June 6, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Ellington, JJ.


[No. 34879-5-I.   Division One.   December 11, 1995.]

LARRY HANDIS, *Personal Representative, Appellant*, v. FREMONT PUBLIC ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-06192-7, Charles W. Mertel, J., entered July 1, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Webster, JJ.


[No. 35149-4-I.   Division One.   December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD E. DONAGLIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06464-7, Jo Anne Alumbaugh, J., entered August 8, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Cox, JJ.


[No. 35218-1-I.   Division One.   December 11, 1995.]

PETER VAN BUREN, M.D., *Respondent*, v. CLAUDE CASTONGUAY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 92-2-00159-9, Alan R. Hancock, J., entered August 12, 1994. *Affirmed* by unpublished per curiam opinion.